UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CASE NO. **04-B-43254 (**CB)

In re: Esther Yang                                CHAPTER 13

              Debtors.

----------------------------------------------------------------X

### ORDER DISMISSING PETITION WITHOUT  PREJUDICE

**WHEREAS**, On October 29, 2004, Esther Yang, SSN: XXX-XX-7649 ( the "Debtors"),

filed a   voluntary   petition under Chapter 13 of Title 11 of1 the United States Code

("Bankruptcy Code" or the "Code");

**WHEREAS**, no motion has been filed prior to the date of the debtor's request to

dismiss this case  to lift the automatic stay pursuant to 11 U.S.C. § 362(d) in the above

captioned case;

**WHEREAS**, the Debtor(s) pro se, now seeks an order dismissing her case pursuant

to section 1307(b) of the Bankruptcy Code;

NOW, THEREFORE, IT IS

**ORDERED**, that the present Chapter 13 petition, Case No. 04-B-43254,  is hereby

**DISMISSED** without prejudice pursuant to the Bankruptcy Code.

DATED:  New York, New York
              December 7, 2004

                                    /s/ Cornelius Blackshear
              -----------------------------------------------------
              HONORABLE CORNELIUS BLACKSHEAR
              UNITED STATES BANKRUPTCY JUDGE

## <u>SERVICE LIST</u>

Esther Yang
P.O. Box 20138
DHCC
New York, NY 10017


Jeffrey L. Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road, Ste. 102
White Plains, New York 10603