# United States Bankruptcy Court
FOR THE
SOUTHERN DISTRICT OF NEW YORK

IN RE: ESTHER YANG  
P.O. BOX 20138  
DHCC  
NEW YORK, NY 10017

CASE No. 00-04-43254

## FINAL REPORT AND ACCOUNT
DATED: 1-05-05  
CLOSED/DISM NOT CONFIRM

Pursuant to Chapter 13 Rules 2015(c)(2) and 2015(a)(2), your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rules 2015(c)(2) and 2015(a)(2) are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $0.00  
0.00 PERCENT PLAN

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| | | | | | | |

INTEREST                0.00  
TOTAL DISBURSEMENTS     0.00

ATTORNEY         :  
DATE FILED       : 10-29-04  
DATE CONFIRMED   :  
DATE TERMINATED  : 01-05-05  

REFUND TO DEBTOR: 0.00

/S/ Jeffrey L. Sapir  
TRUSTEE